**FILED**
August 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NELY ONDINA PEREZ MEJIA,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **NO. SA-26-CV-4758-OLG** |
| **JOSE RODRIGUEZ JR.** ***et al.*****,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner Nely Ondina Perez Mejia's Petition for Writ of Habeas Corpus (Dkt. No. 1), wherein she challenges her detention under 8 U.S.C. § 1225(b)(2)(A). But Petitioner is no longer detained under that provision. On July 21, 2026, the immigration judge granted her a pre-conclusion voluntary departure. *See* Dkt. No. 4-1 at 3. Petitioner waived any right to appeal that decision. *Id.* at 5. Because Petitioner is not detained under § 1225(b)(2)(A) and has affirmatively agreed to depart the United States by August 20, 2026, the Petition (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on August 20, 2026.

ORLANDO L. GARCIA
United States District Judge